# Supreme Court of Kentucky

## 2019-SC-000438-MR

CHARLES LAMAR RICHARDSON                                                APPELLANT

ON APPEAL FROM JEFFERSON CIRCUIT COURT
V.                 HONORABLE MITCH PERRY, JUDGE
CASE NO. 2015-CR-01542

COMMONWEALTH OF KENTUCKY                                                APPELLEE

### <u>ORDER DENYING PETITION FOR REHEARING</u>

The Petition for Rehearing, filed by the APPELLANT, of the Memorandum

Opinion of the Court, rendered May 28, 2020, is DENIED.

All sitting. All concur.

ENTERED: August 20, 2020.

_____
CHIEF JUSTICE JOHN D. MINTON, JR.